```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                      Case No. 17-05010-HWV
Carolyn Marie Sheaffer                                                      Chapter 13
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0314-1           User: MMchugh               Page 1 of 2              Date Rcvd: Jan 29, 2018
                               Form ID: ntcnfhrg           Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
db             +Carolyn Marie Sheaffer,    3471 Spring Road,     Carlisle, PA 17013-8739
4999284         COML ACCEPT,    2300 GETTYSBURG RD, STE 102,     CAMP HILL, PA 17011-7303
4999289        +KOUGH'S OIL SERVICE,    PO BOX 116,    NEWVILLE, PA 17241-0116
4999293        +UNEMP COMP OVERPAYMENT MATTERS,     DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
                 651 BOAS STREET 10TH FLOOR,    HARRISBURG, PA 17121-0751
4999294        +UNEMPL COMP TAX MATTERS,    HARRISBURG CASES L&I OFF CHIEF COUNSEL,    651 BOAS STREET 10TH FLOOR,
                 HARRISBURG, PA 17121-0751
4999297         WELLS FARGO CARD SERVICES,    PO BOX 14517,    DES MOINES, IA 50306-3517
5012377         Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4999281         E-mail/Text: EBNProcessing@afni.com Jan 29 2018 19:27:45     AFNI INC,    404 BROCK DRIVE,
                 PO BOX 3097,    BLOOMINGTON, IL 61702-3097
4999282        +E-mail/Text: g20956@att.com Jan 29 2018 19:28:01     AT&T MOBILITY,
                 15901 E SKELLY DRIVE (PHILA),    TULSA, OK 74116-2809
4999283        +E-mail/Text: dehartstaff@pamd13trustee.com Jan 29 2018 19:27:57      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4999285         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 29 2018 19:27:31     COMM OF PA DEPT OF REVENUE,
                 BUREAU OF COMPLIANCE,    PO BOX 280946,    HARRISBURG, PA 17128-0946
4999286         E-mail/Text: bankruptcy@sccompanies.com Jan 29 2018 19:28:15     HOME AT FIVE,    PO BOX 2848,
                 MONROE, WI 53566-8048
4999287         E-mail/Text: cio.bncmail@irs.gov Jan 29 2018 19:27:19     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5000123         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 29 2018 19:27:50     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
4999288         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 29 2018 19:27:50     JEFFCAPSYS,    16 MCLELAND RD,
                 SAINT CLOUD, MN 56303
4999290        +E-mail/Text: Bankruptcies@nragroup.com Jan 29 2018 19:28:12     NATIONAL RECOVERY AGENCY,
                 2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4999291        +E-mail/Text: bkrnotice@prgmail.com Jan 29 2018 19:27:38     PARAGON REV,    216 LE PHILLIP COURT,
                 CONCORD, NC 28025-2954
5002308        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 29 2018 19:27:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
4999292        +E-mail/Text: jennifer.chacon@spservicing.com Jan 29 2018 19:28:14     SPS,
                 ATTN: BANKRUPTCY DEPT,    PO BOX 65250,    SALT LAKE CITY, UT 84165-0250
5014862         E-mail/Text: jennifer.chacon@spservicing.com Jan 29 2018 19:28:14
                 Select Portfolio Servicing, Inc.,     P.O. Box 65250,    Salt Lake City, UT 84165-0250
4999295        +E-mail/Text: bnc-bluestem@quantum3group.com Jan 29 2018 19:28:02     WEBBNK/FHUT,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
4999296        +E-mail/Text: bnc-bluestem@quantum3group.com Jan 29 2018 19:28:02     WEBBNK/FSTR,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5002309*       +Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                                     Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Dorothy L Mott    on behalf of Debtor 1 Carolyn Marie Sheaffer DorieMott@aol.com,
           KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          James   Warmbrodt    on behalf of Creditor   U.S. Bank, National Association et. al.
           bkgroup@kmllawgroup.com
          Kara Katherine Gendron    on behalf of Debtor 1 Carolyn Marie Sheaffer karagendronecf@gmail.com,
           doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Carolyn Marie Sheaffer dba Lovewinx by Carolyn, fdba Tasteful Treasures by Carolyn Debtor(s) | Chapter Case No. | 13 1:17–bk–05010–HWV |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**March 7, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 14, 2018 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MMchugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: January 29, 2018 |