Certificate Number: 13858-PAM-DE-033805808

Bankruptcy Case Number: 17-05010


13858-PAM-DE-033805808

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 9, 2019, at 12:04 o'clock PM EST, Carolyn Sheaffer completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 9, 2019        By: /s/Sheila Anderson

                                                    Name: Sheila Anderson

                                                    Title: Counselor