IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CAROLYN MARIE SHEAFFER | : | |
| DBA LOVEWINX BY CAROLYN; | : | CASE NO. 1:17-bk-05010 |
| FDBA TASTEFUL TREASURES BY | : | |
| CAROLYN | : | |
| | : | |

   Debtor(s)

## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE

  Comes now the Debtor, Carolyn Marie Sheaffer, by and through Kara K. Gendron, Esquire and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Petition on December 4, 2017.
2. The Debtor wishes to terminate the wage attachment.

  Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

                         Respectfully submitted,

                         /s/ Kara K. Gendron
                         _____

                         Kara K. Gendron, Esquire,
                         Attorney ID 87577
                         Mott & Gendron Law
                         125 State Street
                         Harrisburg, PA 17101
                         Tel (717)232-6650
                         Fax (717) 232-0477
                         karagendron@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CAROLYN MARIE SHEAFFER | : | |
| DBA LOVEWINX BY CAROLYN; | : | CASE NO. 1:17-bk-05010 |
| FDBA TASTEFUL TREASURES BY | : | |
| CAROLYN | : | |
| | : | |

   Debtor(s)

## ORDER

   Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CAROLYN MARIE SHEAFFER | : | |
| DBA LOVEWINX BY CAROLYN; | : | CASE NO. 1:17-bk-05010 |
| FDBA TASTEFUL TREASURES BY | : | |
| CAROLYN | : | |
| | : | |

   **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that Ithat on February 19, 2020 I served a copy of the foregoing document(s) on the following parties:

| Name and Address | Mode of Service |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| PEPSICO INTERNATIONAL<br>ATTN: PAYROLL DEPARTMENT<br>1301 DISTRIBUTION DRIVE<br>CARLISLE, PA 17013 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 02/19/2020

        /s/ Kara K. Gendron
        _____
        Kara K. Gendron, Esquire,
        Attorney ID 87577
        Mott & Gendron Law
        125 State Street
        Harrisburg, PA 17101
        Tel (717)232-6650
        Fax (717) 232-0477
        karagendron@gmail.com